[No. 16681.   Department One.   January 11, 1922.]

MARY HOWE COLEMAN, *by her Guardian ad Litem E. D. Stoner,*
*Respondent,* v. WILLIAM T. COLEMAN *et al., Appellants.*[1]

Appeal from a judgment of the superior court for Yakima county,
Taylor, J., entered December 17, 1920, upon the verdict of a jury
rendered in favor of the plaintiff, in an action for alienation of af-
fections. Affirmed.

*H. J. Snively,* for appellants.
*Grady, Shumate & Velikanje,* for respondent.

PER CURIAM.—The plaintiff is the wife of W. L. Coleman, who is
the son of the defendants. She alleged that the defendants unlaw-
fully alienated the affections of her husband and induced him to
refuse to live with her or support her, and sought damages. The
defendants denied all of these charges against them. The case was
tried by the court and a jury. Defendants' motions for nonsuit, for
directed verdict, and for judgment notwithstanding the verdict, were
denied by the trial court, and defendants have appealed from a
judgment entered on the verdict in favor of the plaintiff.

The only question argued here is whether the testimony was
sufficient to justify the court in submitting it to the jury. The case
has been ably briefed and argued, and we have read and considered
the testimony with great care. There was a decided and irreconcil-
able conflict between the evidence of the respondent and that of ap-
pellants. The facts are entirely personal to the case, and no public
good can be achieved by giving them. No persons other than the
parties to this action are, or can be, interested in them. Many of
them are such that they ought not to be here detailed unless it is
necessary so to do in order to make a proper decision of the case,
and this necessity does not exist. We have concluded, therefore,
to say nothing more than that we are fully convinced that the re-
spondent's testimony was such as to justify the trial court in sub-
mitting the case to the jury, and denying the various motions of
the appellants.

The judgment is affirmed.

[1]Reported in 203 Pac. 39.